IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAIMEE MARMILLION** § | | **PLAINTIFF** |
| § | | |
| v. § | | Civil Action No. 1:07CV1132-LG-RHW |
| § | | |
| **AMERICAN INTERNATIONAL** § | | |
| **INSURANCE COMPANY; WILLIS** § | | |
| **NORTH AMERICA, INC.; WILLIS** § | | |
| **OF LOUISIANA, INC.; and** § | | |
| **AIG MARKETING, INC.** § | | **DEFENDANTS** |

## FINAL JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the Motions for Judgment as a Matter of Law, pursuant to FED. R. CIV. P. 50 made by each of the defendants in this case. The Court has considered the arguments and submissions made by the parties and has determined based on the reasons stated into the record at the trial of this matter that a reasonable jury would not have a legally sufficient evidentiary basis to find in favor of the plaintiff as to any of the claims made in this lawsuit.

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment as a matter of law is granted in favor of the defendants, American International Insurance Company, Willis North America, Inc., Willis of Louisiana, Inc., and AIG Marketing, Inc. The claims made by the plaintiff, Raimee Marmillion, are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 17th day of November, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE